

# Fourth Court of Appeals
## San Antonio, Texas

**JUDGMENT**

No. 04-23-00776-CR

Christopher **BUSTOS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR13086
Honorable Christine Del Prado, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE VALENZUELA, AND JUSTICE BRISSETTE

In accordance with this court's opinion of this date, this appeal is DISMISSED. Counsel's motion to withdraw is GRANTED.

SIGNED September 11, 2024.

_____
Lori I. Valenzuela, Justice